UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dennis Lee Perry                               Docket No. 5:93-CR-86-1F

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Lee Perry, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting in violation of 18 USC §§ 2113(a) and 2113(d) and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 US.C. § 924 (c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 10, 1994, to the custody of the Bureau of Prisons for a term of 295 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Lee Perry was released from custody on July 02, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 28, 2016, Perry was charged with Felony Breaking and Entering, and Larceny After Breaking and Entering (16CR219357) in Wake County, North Carolina. The court was notified of this conduct on October 19, 2016. On December 1, 2016, Perry pled guilty to Felony Attempted Breaking and Entering and was placed on state probation for 12 months. This offense occurred July 26, 2015, only 24 days after his release from his federal prison sentence. He has maintained compliance with the conditions of supervision since August 2015, and showed great remorse for this behavior. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

                                                     I declare under penalty of perjury that the foregoing is true and correct.

                                                   /s/ Michael C. Brittain
                                                 Michael C. Brittain
                                                 Supervising U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 919-861-8674
                                                 Executed On: December 15, 2016

Dennis Lee Perry
Docket No. 5:93-CR-86-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___16___ day of ___December___, 2016, and ordered filed and made a part of the records in the above case.

___James C. Fox___
James C. Fox
Senior U.S. District Judge