UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Lee Perry**                              **Docket No. 5:93-CR-86-1F**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Lee Perry, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting in violation of 18 USC §§ 2113(a) and 2113(d) and 2, and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 US.C. § 924 (c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 10, 1994, to the custody of the Bureau of Prisons for a term of 295 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Lee Perry was released from custody on July 2, 2015, at which time the term of supervised release commenced.

On December 16, 2016, the condition of supervised release were modified to add a curfew for a period not to exceed 60 days, with location monitoring, following the defendant's conviction in state court for the offense of Felony Attempted Breaking and Entering on December 1, 2016. It was noted then that the offense occurred in July 2015, 24 days after the defendant's release from federal prison, and had maintained compliance with the conditions of supervision since that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 13, 2017, the defendant submitted a drug screen that tested positive for the use of marijuana. Prior to submitting the test, the defendant admitted to using marijuana. The defendant was experiencing a great deal of stress following the death of his brother-in-law by suicide and trying to help his sister deal with the trauma. Mr. Perry was also displaced from his residence for a couple of weeks. Since admitting to marijuana use, Mr. Perry has submitted a test that was negative for drug use, and he has also agreed to obtain a substance abuse assessment. The defendant has since returned to a stable residence and has distanced himself from his sister. It is recommended the defendant maintain a curfew for 30 more days, with location monitoring technology. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Dennis Lee Perry
Docket No. 5:93-CR-86-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: March 17, 2017

## ORDER OF THE COURT

Considered and ordered this _____ 2o _____ day of _____ March _____, 2017, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge